# ZEICHNER ELLMAN & KRAUSE LLP

103 Eisenhower Parkway
Roseland, NJ 07068
(973) 618-9100
FAX: (973) 364-9960
www.zeklaw.com

575 LEXINGTON AVENUE
NEW YORK, NY 10022
(212) 223-0400
FAX: (212) 753-0396
- - - - - - - - -
35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

William T. Marshall, Jr.
wmarshall@zeklaw.com

February 20, 2009

**BY ECF AND FACSIMILE**

Honorable Esther Salas, U.S.M.J.
United States District Court-District of New Jersey
Martin Luther King, Jr. Federal Building
 & Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Facsimile No. (973) 645-2469**

> Re:   Michael Fourte v. Countrywide Home Loans, Inc.
> Countrywide Financial Corporation, Countrywide Bank
> ("Countrywide")
> Case No. 07-CV-1363 (PGS)

Dear Judge Salas:

We represent the Countrywide defendants in the above-captioned lawsuit and write to request a one (1) week extension of time, to March 4, 2009, by which to file Countrywide's (1) reply papers in connection with its motion for summary judgment; (2) reply papers in connection with its motion to serve an amended answer; and (3) opposition papers in connection with Plaintiff Michael Fourte's cross-motion for summary judgment.

Under Scheduling Order #4 (as amended), all such papers are due to be filed on Wednesday, February 25, 2009. The two dispositive motions are presently returnable before the Honorable Peter G. Sheridan, U.S.D.J. and the motion to amend the pleadings before Your Honor.

We have consulted with Barry Gainey, Esq., plaintiff's counsel, with respect to this request and he graciously has agreed to such an extension providing his client's time in which to serve plaintiff's reply papers can be extended from March 13, 2009 to March 23, 2009, to which we have agreed.

ZEICHNER ELLMAN & KRAUSE LLP

Honorable Esther Salas, U.S.M.J.
United States District Court-District of New Jersey
February 20, 2009
Page 2


This extension of time is needed for a number of related reasons: the massive volumes of papers before us (plaintiff's opposition papers to the summary judgment papers have 65 exhibits; his opposition to Countrywide's motion to amend has 64 exhibits, and his cross-motion for summary judgment has 31 exhibits); a number of other pressing matters, including one trial and several motions in connection with unrelated matters; the inability of one of our key attorneys to work on the matter with us because of an emergent matter which has arisen away from the office, and which will carry him through February 27, 2009; and the inaccessibility of a key individual employed by our client, located in Texas, who has been out of the office and, as a result of the recent economic downturn, has been given new and different responsibilities. All of these have made it much more difficult for us to complete the tasks at hand.

Barry Gainey, Esq., who indicated an understanding of our need for this extension and agreed to do so as a matter of professional courtesy, has asked us to inform the Court that, in terms of future scheduling, he will be away beginning the week of March 23, 2009 and thereafter begins a trial on April 1, 2009 which could take him up to as late as April 10, 2009.

We appreciate Your Honor's attention to this request.

Respectfully yours,

William T. Marshall, Jr.

WTM:kad

cc:    Barry J. Gainey, Esq. (copy by facsimile)


SO ORDERED:

Honorable Esther Salas, U.S.M.J.