# ZEICHNER ELLMAN & KRAUSE LLP

103 Eisenhower Parkway
Roseland, NJ 07068
(973) 618-9100
FAX: (973) 364-9960
www.zeklaw.com

575 LEXINGTON AVENUE
NEW YORK, NY 10022
(212) 223-0400
FAX: (212) 753-0396

---

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

William T. Marshall, Jr.
wmarshall@zeklaw.com

November 30, 2010

**FOR SETTLEMENT PURPOSES ONLY**

[Handwritten: Telephone conference is scheduled for Jan. 3, 2011 at 10:30. Defendant's attorney to set up call.
SO ORDERED: [signature]
DATED: 12/1/10]

Honorable Peter G. Sheridan, U.S.D.J.
United States District Court-District of New Jersey
Martin Luther King, Jr. Federal Building
 & Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:  Michael Fourte v. Countrywide Home Loans, Inc.
     Countrywide Financial Corporation, Countrywide Bank
     Case No. 07-CV-1363 (PGS)
     Our File No. 82978.003

Dear Judge Sheridan:

We represent Defendants in the above-referenced action. With the consent of Plaintiffs' counsel, Barry Gainey, Esq., I write on behalf of Plaintiffs and Defendants to advise the Court of the parties' agreement to continue their good faith efforts to reach a settlement through further mediation with the Hon. John E. Keefe, Sr. (Ret.).

As this Court may recall, the parties participated in a day-long mediation with Judge Keefe on November 19, 2010. Although that mediation did not result in settlement, the parties, with the assistance of Judge Keefe, had productive settlement discussions and made progress in their negotiations. Indeed, following the November 19 mediation, the parties continued to engage in good faith settlement discussions through Judge Keefe. As a result of those discussions and at the suggestion of Judge Keefe, the parties have agreed to participate in a further mediation session with him on December 22, 2010. That date is the first one available to Judge Keefe and the parties between November 29, 2010 and December 24, 2010.

In light of the foregoing, and in order that the parties and their counsel may dedicate their time, resources and attention to their continued efforts to achieve a mutually-agreeable resolution of this action, Plaintiffs and Defendants, with the support of Judge Keefe, hereby jointly request that this Court temporarily adjourn the remaining briefing deadlines and current December 20, 2010 hearing date on Plaintiffs' motion for

ZEICHNER ELLMAN & KRAUSE LLP

Honorable Peter G. Sheridan, U.S.D.J.
United States District Court-District of New Jersey
November 30, 2010
Page 2

class certification. If a settlement is achieved with Judge Keefe's ongoing assistance, such will obviate the need for litigation and resolution of the class certification issue by this Court and the parties. As such, in order to facilitate their continued good faith settlement efforts and conserve their and this Court's resources pending the resolution of those efforts, Plaintiffs and Defendants jointly propose that this Court order that:

(1) Plaintiffs and Defendants submit a joint report to the Court on January 4, 2011 stating whether a resolution of this action has been achieved and, if not, proposing agreed-upon deadlines for the filing of Defendants' class certification opposition and Plaintiffs' class certification reply submissions;

(2) the December 6, 2010 deadline for Defendants' class certification opposition submissions is adjourned pending further order of the Court;

(3) the December 17, 2010 deadline for Plaintiffs' class certification reply submissions is adjourned pending further order of the Court; and

(4) the December 20, 2010 hearing on Plaintiffs' class certification motion is adjourned pending further order of the Court.

Plaintiffs and Defendants respectfully submit that there is good cause for the requested adjournments to promote settlement. *Ehrheart v. Verizon Wireless*, 609 F.3d 590 (3rd Cir. 2010) (recognizing the strong judicial policy favoring settlements of class action lawsuits). In addition, the requested adjournments are also consistent with the spirit of L. Civ. R. 301.1 and Fed. R. Civ. P. 1 (Rules "should be construed to secure the just, speedy and inexpensive determination of every action").

Thank your for your consideration.

Respectfully yours,

William T. Marshall, Jr.

WTM:kad
cc: Barry Gainey, Esq.